■ BORN AGAIN SALVAGE CORPORATION, Petitioner, v BRUCE C. RATNER, as Commissioner of City of New York Department of Consumer Affairs, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the New York City Department of Consumer Affairs, dated July 17, 1981, which, after a hearing, found petitioner guilty of violating certain regulations, imposed a total of $1,750 in fines and revoked its license. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination is supported by substantial evidence (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). Furthermore, the penalty imposed was not so disproportionate to the offenses as to be shocking to one's sense of fairness (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Weinstein, J. P., Gulotta, O'Connor and Rubin, JJ., concur.